UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTIAN JAMES BLUEMLEIN,<br><br>Plaintiff,<br><br>v.<br><br>DEVID KERNS, *et al.*,<br><br>Defendants. | Case No. 25-cv-12637<br>Honorable F. Kay Behm<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING AS MOOT DEFENDANTS' DISCOVERY MOTIONS (ECF NOS. 27, 28)**

Plaintiff Christian James Bluemlein, a pro se prisoner of the Michigan Department of Corrections, sues defendants under 42 U.S.C. § 1983 for alleged deprivations during his incarceration at the Saginaw County Jail (SCJ). ECF No. 1. The Honorable F. Kay Behm referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 9.

In June 2026, Defendants David Kerns, Miguel Gomez, and William L. Federspiel filed two discovery motions. ECF No. 27; ECF No. 28. Along with this order, the Court has issued a report and recommendation that the

action be dismissed for failure to prosecute. The Court thus **DENIES** defendants' discovery motions as moot.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: October 9, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 9, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager