UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIAN JAMES BLUEMLIEN,

Plaintiff,

v.

DAVID KERNS, *et al.*,

Defendants.
___________________________ /

Case No. 25-12637

F. Kay Behm
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S OCTOBER 9, 2026, REPORT AND RECOMMENDATION (ECF No. 34)**

Currently before the court is Magistrate Elizabeth A. Stafford's October 9, 2026 Report and Recommendation. (ECF No. 34). Magistrate Judge Stafford recommends dismissing the complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and denying Defendants' motions for summary judgment as moot (ECF No. 30). *Id*. The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless

agrees with the Magistrate Judge's recommended disposition. Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 34), **DENIES** the motion for summary judgment as moot (ECF No. 30), and **DISMISSES** the complaint with prejudice.

**SO ORDERED**.

Date: November 18, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge