UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIAN JAMES BLUEMLIEN,

Plaintiff,

v.

DAVID KERNS, *et al.*,

Defendants.

_____________________________ /

Case No. 25-12637

F. Kay Behm
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

**JUDGMENT**

In accordance with the Opinion and Order Accepting and Adopting the Magistrate Judge's October 9, 2026, Report and Recommendation (ECF No. 34) issued on November 18, 2026, the case is **DISMISSED** with prejudice.

**SO ORDERED**.

Date: November 18, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge